# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. <u>5:08-cr-00004 TAG</u>

U.S.A.
v.

Gerardo I. Mielke

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: <u>N/A</u>
DATE of BIRTH: <u>N/A</u>
DRIVER'S LICENSE #: <u>N/A</u>
ADDRESS:   <u>N/A</u>
              <u>N/A</u>
       City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: <u>N/A</u>          <u>N/A</u>
                    Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ <u>200.00</u>          (✓) Penalty ASSESSMENT of $ <u>10.00</u>

( ) PROCESSING Fee of $ _____     for a **TOTAL AMOUNT** of $ <u>210.00</u>,

paid within <u>30</u> days / months  OR payments of $ _____ per month, commencing _____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: <u>4/01/2008</u>          /s/ A. Leon Guerrero
                          for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007